IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUNHA, | No. C 10-05903 CW |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. / | |

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Petitioner James Edward Cunha's Petition for Writ of Habeas Corpus is dismissed without prejudice and that each party bear their own costs of action.

Dated at Oakland, California, this 7th day of February, 2011.

RICHARD W. WIEKING
Clerk of Court

By: 

Deputy Clerk

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD CUNHA,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV10-05903 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Cunha AF7358
San Quentin State Prison
San Quentin, CA 94974

Dated: February 7, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk